IN MAY TERM, IN THE THIRTY-EIGHTH YEAR OF OUR
INDEPENDENCE.

---

[*During the last vacation, the honourable* James Kent, *Chief Justice, was appointed* Chancellor, *in the place of the honourable* John Lansing, jun. *who had attained the age limited by the Constitution* (Art. xxiv.) *for the tenure of the office.*
*His honour* Mr. Justice Thompson *was, at the same time, appointed* Chief Justice, *and* Jonas Platt, Esq. *counsellor at law, one of the judges of this court. Their commissions were all dated the 25th February,* 1814.
Mr. Justice Platt *took his seat on the bench the first day of this term.*]

---

### CAINES *against* GARDNER.(a)

BURR, for the defendant, moved to set aside the proceedings in this cause; but

*E. Williams* objected to the motion being heard, because the service of the notice had been on the *agent* of the plaintiff's attorney, in *New-York*, and he insisted that the service should have been on his *agent* in *Albany*, where the court was to sit; and referred to some manuscript decisions of the *Chief Justice*.

*The rule requiring a service of notice of proceedings to be made on the agent of the attorney residing at the place where the court sits, applies only to notices given during the term; and not to notices in vacation.*

(a) This and the next case arose, and were decided, at the last term.

THE COURT said the rule requiring service to be made on the *agent* of the attorney, at the place where the court sits, had reference only to notices given in, or during, the term.(a)

(a) See *Chapman* v. *Raymond*, (8 *Johns. Rep.* 360.) *Eighth rule of January term*, 1799. (*Rules of S. C.* 36.)